```
_____ FILED _____ LODGED
            _____ RECEIVED
```

May 19, 2011

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANE A. LINKE,<br><br>Defendant. | No. CR11- 5252<br><br>INFORMATION<br>(Misdemeanor) |

The United States Attorney charges that:

## COUNT I

On or about December 31, 2010, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, SHANE A. LINKE, knowingly and intentionally did possess marijuana, a substance controlled under 21 U.S.C. § 812.

All in violation of 18 U.S.C. § 7, and 21 U.S.C. § 844.

## COUNT II

On or about December 31, 2010, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial

INFORMATION
United States v. SHANE A. LINKE
pg. 1

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1919 Fax
jblmforscomicorpssjasausa@conus.army.mil

jurisdiction of the United States, SHANE A. LINKE, knowingly and intentionally did possess drug paraphernalia used to store or ingest controlled substances.

All in violation of 18 U.S.C. §§ 7 and 13, and R.C.W. 69.50.412(1).

### COUNT III

On or about December 31, 2010, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, SHANE A. LINKE, did operate a motor vehicle with a defective license plate light.

All in violation of 18 U.S.C. § 7, 40 U.S.C. § 1315, 32 C.F.R. Pt. 210, and R.C.W. 46.37.050(3).

### COUNT IV

On or about December 31, 2010, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, SHANE A. LINKE, did drive a motor vehicle without a valid driver's license.

All in violation of 18 U.S.C. § 7, 40 U.S.C. § 1315, 32 C.F.R. Pt. 210, and R.C.W. 46.20.015(1).

DATED this 19th day of May, 2011.

JENNY A. DURKAN
United States Attorney

*/s/ Jonathan M. Persons*

JONATHAN M. PERSONS
Special Assistant United States Attorney

INFORMATION
United States v. SHANE A. LINKE
pg. 2

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 — (253) 477-1919 Fax
jblmforscomicorpssjasausa@conus.army.mil